J. M McNEIL v. STATE.

No. A-1334.   Opinion Filed February 3, 1912.

Appeal from Canadian County Court; W. A. Maurer, Judge.

J. M. McNeil was convicted of violating the prohibitory law, and appeals.   Affirmed.

Roberson & Roberson, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted on the 1st day of May, 1911, in the county court of Canadian .county, on a charge of unlawfully conveying intoxicating liquor from one place to another in this state, and on the 29th day of said month was sentenced to pay a fine of four hundred dollars and be imprisoned in the county jail for a period of ninety days.   After a careful examination of the record in this case we think the judgment should be affirmed under the doctrine announced in the case of Clarence Maynes v. State, 6 Okla. Cr. 487, 119 Pac. 644.   It is so ordered.

---

RICHARD HENNESSEY v. STATE.

No. A-1333.   Opinion Filed February 3, 1912.

Appeal from Canadian County Court; W. A. Maurer, Judge.

Richard Hennessey was convicted of violating the prohibitory law, and appeals.   Affirmed.

Roberson & Roberson, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted on the 3rd day of May, 1911, in the county court of Canadian county, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and on the 27th day of said month was sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days.   Finding no error sufficient to justify a reversal, the judgment of the trial court is affirmed.   The judgment should be corrected to conform to the holding of this court in the case of Ex parte Harry, 6 Okla. Cr. 168, 117 Pac. 726, and the county court of Canadian county is directed to make such correction.

---

GEORGE WINTERS v. STATE.

No. A-1331.   Opinion Filed February 3, 1912.

Appeal from Washington County Court; James T. Shipman, Judge.

George Winters was convicted of violating the prohibitory law, and appeals.   Appeal dismissed.

Chas. C. Julian, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Washington county, at the June, 1911, term, of having unlawful possession of intoxicating liquor with the intent of selling the same, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days.   Judgment was pronounced on the 15th day of June, 1911.   The appeal was filed in this court on the 20th day of August, 1911, more than 60 days after the rendition of the judgment.   The record discloses no order extending the time within which the appeal could be perfected.   The statutory time of 60 days having expired, the Attorney General has filed a motion to dismiss the appeal on the ground that it was not filed within the time provided by law.   There is no answer in the record to this motion.   We take it as confessed.   The motion is sustained, and the appeal dismissed.